

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-21-2

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:23CR 13 (SVN) (RMS) |
| v. | VIOLATION: |
| DICKSON ALORWORNU,<br>a.k.a. "Dixon Al" | 18 U.S.C. § 1343 (Wire Fraud) |

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE AND TWO
(Wire Fraud)

1. At all times relevant to this indictment, the defendant DICKSON ALORWORNU ("ALORWORNU"), also known as "Dixon Al," resided in New York.

2. The University of Connecticut ("UCONN") was an educational institution located in Connecticut.

3. From on or about December 14, 2017 through at least February 26, 2018, in the District of Connecticut and elsewhere, ALORWORNU, knowingly and with the intent to defraud, devised a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, that is, ALORWORNU obtained credit card information of other individuals without their permission, provided materially false information to UCONN in order to establish student accounts under nominee names, caused the UCONN student accounts to be funded with the stolen and misappropriated credit card information, and sought refunds of such funds from UCONN to be transferred into bank accounts he controlled.

4. It was part of the scheme and artifice that in or about December 2017, ALORWORNU caused to be submitted to UCONN separate Visiting/Non-Degree Applications for purported students with initials B.S. and T.C., and included in each application email addresses purportedly belonging to B.S. and T.C., respectively. ALORWORNU knew that neither B.S. nor T.C. actually would participate in classes at UCONN.

5. It was further part of the scheme and artifice that in or about January and February 2018, ALORWORNU caused credit card payments using misappropriated American Express credit card numbers issued to others and which he had not been granted permission to use to be made through a payment service company to fund the B.S. and T.C. student accounts at UCONN.

6. It was further part of the scheme and artifice that ALORWORNU caused refunds to be requested and paid from UCONN from the B.S. and T.C. student accounts, such that funds would be routed to bank accounts that he controlled in the names of B.S. and T.C.

7. For the purpose of executing the above-described scheme and artifice, on or about the dates set forth below, in the District of Connecticut and elsewhere, ALORWORNU caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, pictures, and sounds, each wire as set forth below constituting a separate count of this Indictment:

| Count | Approximate Date | Description |
| --- | --- | --- |
| One | February 3, 2018 | Interstate electronic communication from payment service company regarding $500 payment to T.C. student account at UCONN, in connection with payment made with American Express account held in the name of an individual with initials E.B. |
| Two | January 29, 2018 | Interstate electronic communication from payment service company regarding $2,000 payment to B.S. student account at UCONN, in connection with payment made with American Express account held in the name of an individual with initials R.S. |

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL

/s/
---
FOREPERSON

UNITED STATES OF AMERICA

*Vanessa Roberts Avery*
---
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*J. Laraia*
---
JENNIFER R. LARAIA
ASSISTANT UNITED STATES ATTORNEY