UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 3:23-CR-13 (SVN) |
| DICKSON ALORWORNU | : | November 27, 2023 |

## DICKSON ALORWORNU'S MOTION TO DISMISS THE INDICTMENT

The Defendant Dickson Alorwornu moves to dismiss the Indictment pursuant to the Standing Order on discovery, Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), and *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny.

We received information about the case agent that leads us to believe that the government did not comply with its Brady obligation. The reasons in support of this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

THE DEFENDANT,
Dickson Alorwornu

OFFICE OF THE FEDERAL DEFENDER

Dated: November 27, 2023

*/s/ Lillian Odongo*
Lillian Odongo
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv10994
Email: Lillian_Odongo@fd.org

William Madden
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv207320
Email: william_madden@fd.org

Allison Kahl
Assistant Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: phv206792
Email: allison_kahl@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Lillian Odongo
Lillian Odongo