UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 3:23-CR-13 (SVN) |
| DICKSON ALORWORNU | : | November 27, 2023 |

**MOTION FOR PERMISSION TO FILE UNDER SEAL**

The defendant, Dickson Alorwornu, respectfully requests permission for leave to file under seal, Memorandum in Support of Motion to Dismiss the Indictment and Exhibit 1. In support of this Motion, defendant states that the filing of the Memorandum in Support of Motion to Dismiss and Exhibit 1 under seal is in the interest of justice as it is a law enforcement report which the government has designated as protected discovery.

1

Respectfully submitted,

THE DEFENDANT,
Dickson Alorwornu

OFFICE OF THE FEDERAL DEFENDER

Dated: November 27, 2023

*/s/ Lillian Odongo*
Lillian Odongo
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv10994
Email: Lillian_Odongo@fd.org


William Madden
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv207320
Email: william_madden@fd.org


Allison Kahl
Assistant Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: phv206792
Email: allison_kahl@fd.org

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on November 27, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Lillian Odongo</u>
Lillian Odongo