**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

     vs.       CRIMINAL NO. 3:23-CR-13 (SVN)

DICKSON ALORWORNU     January 5, 2024

**<u>SEALED DOCUMENT</u>**

   Mr. Dickson Alorwornu hereby files Exhibit A to Response to the Government's Memorandum in Opposition to the Motion Dismiss the Indictment under seal.

THE DEFENDANT,
Dickson Alorwornu

OFFICE OF THE FEDERAL DEFENDER

Dated: January 5, 2024

*/s/ Lillian Odongo*
Lillian Odongo
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv10994
Email: Lillian_Odongo@fd.org

William Madden
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv207320
Email: william_madden@fd.org

Allison Kahl
Assistant Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: phv206792
Email: allison_kahl@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Lillian Odongo*
Lillian Odongo

# EXHIBIT A
**(Filed Under Seal)**

| | |
|---|---|
| **From:** | Davis, Jessica (USACT) |
| **To:** | Fournier, Andrew |
| **Subject:** | Giglio Request: Due date 10/27/2023- US v. Alorwornu |
| **Date:** | Wednesday, September 27, 2023 9:31:40 AM |
| **Attachments:** | Request - UCONN PD (09-27-2023)_US v. Alorwornu.pdf |

*Message sent from a system outside of UConn.*

Good Morning:

Please see attached Giglio request letter for:

**Marc Hanna- UCONN Police (FBI TFO)**

Thank you for your cooperation,
Jess

**Jessica Zawadski** (Davis)
Legal Assistant
U.S. Attorney's Office, District of CT
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Direct: 203-696-3011

*This email and any files transmitted with it are the property of the United States. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sending office immediately by replying to this email and deleting it from your system.*

| | |
|---|---|
| **From:** | Davis, Jessica (USACT) |
| **To:** | Fournier, Andrew |
| **Subject:** | RE: Giglio Request: Due date 10/27/2023- US v. Alorwornu |
| **Date:** | Wednesday, October 11, 2023 10:36:49 AM |

*Message sent from a system outside of UConn.*

Received. Thank you!

## Jessica Zawadski (Davis)

Legal Assistant
U.S. Attorney's Office, District of CT
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Direct: 203-696-3011

*This email and any files transmitted with it are the property of the United States. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sending office immediately by replying to this email and deleting it from your system.*

**From:** Fournier, Andrew <andrew.fournier@uconn.edu>
**Sent:** Tuesday, October 10, 2023 4:14 PM
**To:** Davis, Jessica (USACT) <JDavis2@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Giglio Request: Due date 10/27/2023- US v. Alorwornu

Jessica,

Our Labor Relations attorney has reviewed the Giglio Request and advised to provide the attached documents responsive to the request.

Please let me know if you have any questions or require any additional information.

Sincerely,

ANDREW T. FOURNIER
DEPUTY CHIEF OF POLICE
UCONN | UNIVERSITY SAFETY
POLICE DEPARTMENT
126 N. EAGLEVILLE ROAD
STORRS, CT 06269-3070
PHONE: 860.486.4800
universitysafety.uconn.edu

The content of this message may include personnel or medical files and/or records that have been compiled in connection with the detection or investigation of a criminal or medical incident. This email and the information contained within should not be shared with anyone other than its intended recipient(s) unless authorization is obtained from the sender.

**From:** Davis, Jessica (USACT) <Jessica.Davis3@usdoj.gov>
**Sent:** Monday, October 2, 2023 9:20 AM
**To:** Fournier, Andrew <andrew.fournier@uconn.edu>
**Subject:** RE: Giglio Request: Due date 10/27/2023- US v. Alorwornu

*Message sent from a system outside of UConn.*

Thank you!  I will wait for a response.

Thanks,

**Jessica Zawadski** (Davis)

Legal Assistant
U.S. Attorney's Office, District of CT
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Direct: 203-696-3011


*This email and any files transmitted with it are the property of the United States.  It is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sending office immediately by replying to this email and deleting it from your system.*

**From:** Fournier, Andrew <andrew.fournier@uconn.edu>
**Sent:** Thursday, September 28, 2023 4:06 PM
**To:** Davis, Jessica (USACT) <JDavis2@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Giglio Request: Due date 10/27/2023- US v. Alorwornu

Jessica – just a quick note of receipt. I will reach out to our Human Resources/Labor Relations departments for records.

Thank you,

ANDREW T. FOURNIER

DEPUTY CHIEF OF POLICE
UCONN  |  UNIVERSITY SAFETY
POLICE DEPARTMENT
126 N. EAGLEVILLE ROAD
STORRS, CT  06269-3070
PHONE:  860.486.4800
universitysafety.uconn.edu

The content of this message may include personnel or medical files and/or records that have been compiled in connection with the detection or investigation of a criminal or medical incident. This email and the information contained within should not be shared with anyone other than its intended recipient(s) unless authorization is obtained from the sender.

**From:** Davis, Jessica (USACT) <Jessica.Davis3@usdoj.gov>
**Sent:** Wednesday, September 27, 2023 9:31 AM

**To:** Fournier, Andrew <andrew.fournier@uconn.edu>
**Subject:** Giglio Request: Due date 10/27/2023- US v. Alorwornu

*Message sent from a system outside of UConn.*

Good Morning:

Please see attached Giglio request letter for:

**Marc Hanna- UCONN Police (FBI TFO)**

Thank you for your cooperation,
Jess

**Jessica Zawadski** (Davis)
Legal Assistant
U.S. Attorney's Office, District of CT
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Direct: 203-696-3011

*This email and any files transmitted with it are the property of the United States. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sending office immediately by replying to this email and deleting it from your system.*

| **From:** | Fournier, Andrew |
| **To:** | Davis, Jessica (USACT) |
| **Subject:** | RE: Giglio Request: Due date 10/27/2023- US v. Alorwornu |
| **Date:** | Tuesday, October 10, 2023 4:13:00 PM |
| **Attachments:** | 2023 7-20 Marc Hanna LCA (Fully Executed).pdf |
| | 2023 5-10 Marc Hanna PRE DISC NOTICE.pdf |
| | Request - UCONN PD (09-27-2023)_US v. Alorwornu.pdf |

Jessica,

Our Labor Relations attorney has reviewed the Giglio Request and advised to provide the attached documents responsive to the request.

Please let me know if you have any questions or require any additional information.

Sincerely,

ANDREW T. FOURNIER

DEPUTY CHIEF OF POLICE
UCONN | UNIVERSITY SAFETY
POLICE DEPARTMENT
126 N. EAGLEVILLE ROAD
STORRS, CT 06269-3070
PHONE: 860.486.4800
universitysafety.uconn.edu

The content of this message may include personnel or medical files and/or records that have been compiled in connection with the detection or investigation of a criminal or medical incident. This email and the information contained within should not be shared with anyone other than its intended recipient(s) unless authorization is obtained from the sender.

**From:** Davis, Jessica (USACT) <Jessica.Davis3@usdoj.gov>
**Sent:** Monday, October 2, 2023 9:20 AM
**To:** Fournier, Andrew <andrew.fournier@uconn.edu>
**Subject:** RE: Giglio Request: Due date 10/27/2023- US v. Alorwornu

*Message sent from a system outside of UConn.*

Thank you!  I will wait for a response.

Thanks,

# Jessica Zawadski (Davis)

Legal Assistant
U.S. Attorney's Office, District of CT
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Direct: 203-696-3011

*This email and any files transmitted with it are the property of the United States. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sending office immediately by replying to this email and deleting it from your system.*

---

**From:** Fournier, Andrew <andrew.fournier@uconn.edu>
**Sent:** Thursday, September 28, 2023 4:06 PM
**To:** Davis, Jessica (USACT) <JDavis2@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Giglio Request: Due date 10/27/2023- US v. Alorwornu

Jessica – just a quick note of receipt. I will reach out to our Human Resources/Labor Relations departments for records.

Thank you,

ANDREW T. FOURNIER

DEPUTY CHIEF OF POLICE
UCONN | UNIVERSITY SAFETY
POLICE DEPARTMENT
126 N. EAGLEVILLE ROAD
STORRS, CT 06269-3070
PHONE: 860.486.4800
universitysafety.uconn.edu

The content of this message may include personnel or medical files and/or records that have been compiled in connection with the detection or investigation of a criminal or medical incident. This email and the information contained within should not be shared with anyone other than its intended recipient(s) unless authorization is obtained from the sender.

---

**From:** Davis, Jessica (USACT) <Jessica.Davis3@usdoj.gov>
**Sent:** Wednesday, September 27, 2023 9:31 AM
**To:** Fournier, Andrew <andrew.fournier@uconn.edu>
**Subject:** Giglio Request: Due date 10/27/2023- US v. Alorwornu

*Message sent from a system outside of UConn.*

Good Morning:

Please see attached Giglio request letter for:

### Marc Hanna- UCONN Police (FBI TFO)

Thank you for your cooperation,
Jess

**Jessica Zawadski** (Davis)

Legal Assistant

U.S. Attorney's Office, District of CT

1000 Lafayette Boulevard, 10th Floor

Bridgeport, CT 06604

Direct: 203-696-3011

*This email and any files transmitted with it are the property of the United States.  It is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sending office immediately by replying to this email and deleting it from your system.*

| | |
|---|---|
| **From:** | Coronado, Elena (USACT) |
| **To:** | Gilbert, Justin; Chang, Edward (USACT) |
| **Cc:** | Fournier, Andrew; LABONTE, GENE; Broughton, Zachary; Pavlis, Alfred (USACT) |
| **Subject:** | RE: Marc Hanna - IA records - Disciplinary Process |
| **Date:** | Thursday, November 30, 2023 5:16:02 PM |

*Message sent from a system outside of UConn.*

Captain Gilbert,

Thanks very much for your note.  Would you and the team be able to meet on Monday 12/4 (in the afternoon), Wednesday 12/6 (in the morning) or Thursday 12/7 (any time before 4 pm)?  Apologies for the short time frame, but we are hoping to conduct this meeting within the next week in order to meet a court deadline shortly thereafter.

Much appreciated,

Elena


Elena Lalli Coronado
Assistant U.S. Attorney
U.S. Attorney's Office
District of Connecticut
Office: (203) 696-3027
Cell: (203) 627-6701
elena.coronado@usdoj.gov


**From:** Gilbert, Justin <justin.gilbert@uconn.edu>
**Sent:** Thursday, November 30, 2023 8:53 AM
**To:** Chang, Edward (USACT) <EChang@usa.doj.gov>; Coronado, Elena (USACT) <ecoronado@usa.doj.gov>
**Cc:** Fournier, Andrew <andrew.fournier@uconn.edu>; LABONTE, GENE <gene.labonte@uconn.edu>; Broughton, Zachary <zachary.broughton@uconn.edu>
**Subject:** [EXTERNAL] Marc Hanna - IA records - Disciplinary Process

Good morning US Attorneys,

I am available to meet to assist with your below request, however I have copied a few people on UConn's end who were involved with the disciplinary process for Marc so we can provide all of the information you may need about the complete process.  Deputy Chief Andrew Fournier and Labor Relations Attorney Zach Broughton were involved in the disciplinary process and would have additional information.  I have also included our current Police Chief, Gene Labonte, who started for us after the disciplinary process was concluded.

I think  it would be beneficial to have a meeting with everyone if possible.  Are you able to provide a few dates/times that you are both available to connect and I will try to line something up with everyone?

Thank you,

Justin

JUSTIN GILBERT

CAPTAIN
UCONN  |  UNIVERSITY SAFETY
POLICE DEPARTMENT
126 N. EAGLEVILLE ROAD
STORRS, CT  06269-3070
PHONE:  860.486.2347
universitysafety.uconn.edu

Begin forwarded message:

> **From:** "Chang, Edward (USACT)" <Edward.Chang@usdoj.gov>
> **Date:** November 29, 2023 at 12:47:27 PM EST
> **To:** "Hanna, Marc" <marc.hanna@uconn.edu>, "Hanna, Marc Christopher (NH) (TFO) (FBI)" <MCHANNA@fbi.gov>
> **Cc:** "Coronado, Elena (USACT)" <Elena.Coronado@usdoj.gov>
> **Subject: Meeting**

> *Message sent from a system outside of UConn.*

> Hi Marc. Our supervisors want us to go up to UConn to review the records and recordings in person, and also to talk to Captain Gilbert about the false statement allegation.

> Can you ask Captain Gilbert when he might be available to meet with us?

> Thank you,
> Eddie

| From: | Chang, Edward (USACT) |
|---|---|
| To: | Lucey, Debra; Gronback, Leigh (USACT) |
| Subject: | RE: United States v. Alorwornu |
| Date: | Monday, November 27, 2023 3:44:52 PM |

*Message sent from a system outside of UConn.*

Thank you for providing these so promptly!

Eddie

**AUSA Edward Chang**
**United States Attorney's Office**
1000 Lafayette Blvd., 10th floor
Bridgeport, CT 06604
T: 203.696.3047

---

**From:** Lucey, Debra <debra.lucey@uconn.edu>
**Sent:** Monday, November 27, 2023 3:40 PM
**To:** Gronback, Leigh (USACT) <LGronback@usa.doj.gov>
**Cc:** Chang, Edward (USACT) <EChang@usa.doj.gov>
**Subject:** [EXTERNAL] RE: United States v. Alorwornu

Good afternoon Ms. Gronback,

Attached please find the two IA reports that you requested (2200052141 and 2300011061).

Regards,

Dede

Debra D. Lucey, Employee Relations Assistant
Office of Faculty and Staff Labor Relations
University of Connecticut
9 Walters Avenue, Unit 5075
Storrs, CT 06269-5075
(860) 486-5684 - phone
(860) 486-3390 – fax

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby

notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED.  If you have received this communication in error, please notify the sender immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

---

**From:** Gronback, Leigh (USACT) <Leigh.Gronback@usdoj.gov>
**Sent:** Monday, November 27, 2023 2:49 PM
**To:** Lucey, Debra <debra.lucey@uconn.edu>
**Cc:** Chang, Edward (USACT) <Edward.Chang@usdoj.gov>
**Subject:** United States v. Alorwornu

*Message sent from a system outside of UConn.*

Ms. Lucey,

My apologies.  My recent email references two Internal Affairs Investigations.  The numbers stated in the email are incorrect.  They should be:

CCN 2200052141
CCN 2300011061

Leigh Ann Gronback
Paralegal Specialist
United States Attorney's Office
450 Main Street, Room 328
Hartford, CT 06103
860-760-7950

| | |
|---|---|
| **From:** | <u>Lucey, Debra</u> |
| **To:** | <u>Gronback, Leigh (USACT)</u> |
| **Cc:** | <u>Chang, Edward (USACT)</u> |
| **Subject:** | RE: United States v. Alorwornu |
| **Date:** | Monday, November 27, 2023 3:40:00 PM |
| **Attachments:** | <u>IA 2200052141.pdf</u> |
| | <u>IA 2300011061.pdf</u> |

Good afternoon Ms. Gronback,

Attached please find the two IA reports that you requested (2200052141 and 2300011061).

Regards,

*Dede*

Debra D. Lucey, Employee Relations Assistant
Office of Faculty and Staff Labor Relations
University of Connecticut
9 Walters Avenue, Unit 5075
Storrs, CT 06269-5075
(860) 486-5684 - phone
(860) 486-3390 – fax

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

**From:** Gronback, Leigh (USACT) <Leigh.Gronback@usdoj.gov>
**Sent:** Monday, November 27, 2023 2:49 PM
**To:** Lucey, Debra <debra.lucey@uconn.edu>
**Cc:** Chang, Edward (USACT) <Edward.Chang@usdoj.gov>
**Subject:** United States v. Alorwornu

*Message sent from a system outside of UConn.*

Ms. Lucey,

My apologies.  My recent email references two Internal Affairs Investigations.  The numbers stated in the email are incorrect.  They should be:

CCN 2200052141
CCN 2300011061

Leigh Ann Gronback
Paralegal Specialist
United States Attorney's Office
450 Main Street, Room 328
Hartford, CT 06103
860-760-7950

| | |
|---|---|
| **From:** | <u>Lucey, Debra</u> |
| **To:** | <u>Gronback, Leigh (USACT)</u> |
| **Cc:** | <u>Chang, Edward (USACT)</u> |
| **Subject:** | RE: United States v. Alorwornu |
| **Date:** | Monday, November 27, 2023 3:53:00 PM |

You're welcome!

*Dede*

Debra D. Lucey, Employee Relations Assistant
Office of Faculty and Staff Labor Relations
University of Connecticut
9 Walters Avenue, Unit 5075
Storrs, CT 06269-5075
(860) 486-5684 - phone
(860) 486-3390 – fax

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

**From:** Gronback, Leigh (USACT) <Leigh.Gronback@usdoj.gov>
**Sent:** Monday, November 27, 2023 3:45 PM
**To:** Lucey, Debra <debra.lucey@uconn.edu>
**Cc:** Chang, Edward (USACT) <Edward.Chang@usdoj.gov>
**Subject:** RE: United States v. Alorwornu

*Message sent from a system outside of UConn.*

Thank you so much for the quick response. It is much appreciated.

**From:** Lucey, Debra <<u>debra.lucey@uconn.edu</u>>
**Sent:** Monday, November 27, 2023 3:40 PM
**To:** Gronback, Leigh (USACT) <<u>LGronback@usa.doj.gov</u>>
**Cc:** Chang, Edward (USACT) <<u>EChang@usa.doj.gov</u>>

**Subject:** [EXTERNAL] RE: United States v. Alorwornu

Good afternoon Ms. Gronback,

Attached please find the two IA reports that you requested (2200052141 and 2300011061).

Regards,

Dede

Debra D. Lucey, Employee Relations Assistant
Office of Faculty and Staff Labor Relations
University of Connecticut
9 Walters Avenue, Unit 5075
Storrs, CT 06269-5075
(860) 486-5684 - phone
(860) 486-3390 – fax

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

---

**From:** Gronback, Leigh (USACT) <Leigh.Gronback@usdoj.gov>
**Sent:** Monday, November 27, 2023 2:49 PM
**To:** Lucey, Debra <debra.lucey@uconn.edu>
**Cc:** Chang, Edward (USACT) <Edward.Chang@usdoj.gov>
**Subject:** United States v. Alorwornu

*Message sent from a system outside of UConn.*

Ms. Lucey,

My apologies. My recent email references two Internal Affairs Investigations. The numbers stated in the email are incorrect. They should be:

CCN 2200052141

CCN 2300011061

Leigh Ann Gronback
Paralegal Specialist
United States Attorney's Office
450 Main Street, Room 328
Hartford, CT 06103
860-760-7950

| | |
|---|---|
| **From:** | Gronback, Leigh (USACT) |
| **To:** | Lucey, Debra |
| **Cc:** | Chang, Edward (USACT) |
| **Subject:** | United States v. Alorwornu, Criminal No. 23-CR-00013 |
| **Date:** | Monday, November 27, 2023 2:37:21 PM |
| **Attachments:** | 2023 7-20 Marc Hanna LCA (Fully Executed).pdf |
| | 2023 5-10 Marc Hanna PRE DISC NOTICE.pdf |

*Message sent from a system outside of UConn.*

Ms. Lucey,

Reference my voicemail of today's date, the Government has a trial beginning in the above-captioned case tomorrow, 11-27-2023. We conducted a Giglio request on 9-23-2023 directed to the UConn Police department, copy attached, and received back a letter dated 5-10-2023 in which two separate Internal Affairs investigations are referenced, CNN 2200052141 and CN 2300011061, also attached.

The Court has asked that we obtain the two reports referenced above. As this case is scheduled for jury selection beginning tomorrow, this is an urgent request. You may forward the reports directly to me at **leigh.gronback@usdoj.gov**

Thank you for your assistance.

Leigh Ann Gronback
Paralegal Specialist
United States Attorney's Office
450 Main Street, Room 328
Hartford, CT 06103
860-760-7950

| | |
|---|---|
| **From:** | Gronback, Leigh (USACT) |
| **To:** | Lucey, Debra |
| **Cc:** | Chang, Edward (USACT) |
| **Subject:** | United States v. Alorwornu |
| **Date:** | Monday, November 27, 2023 2:48:49 PM |

*Message sent from a system outside of UConn.*

Ms. Lucey,

My apologies.  My recent email references two Internal Affairs Investigations.  The numbers stated in the email are incorrect.  They should be:

CCN 2200052141
CCN 2300011061

Leigh Ann Gronback
Paralegal Specialist
United States Attorney's Office
450 Main Street, Room 328
Hartford, CT 06103
860-760-7950